UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID PARSONS,

       Plaintiff,

                                  CASE NO. 15-CV-11097
v.                              HONORABLE GEORGE CARAM STEEH

GC SERVICES LIMITED
PARTNERSHIP,

       Defendant.
                                 /

## ORDER OF DISMISSAL

Plaintiff, through an attorney, filed this action against defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and Michigan law. The court denied plaintiff's application to proceed without prepaying fees or costs, without prejudice, and directed plaintiff to pay the filing fee or amend his application. (Doc. #4). Plaintiff thereafter filed an identical action in which he paid the filing fee. *See David Parsons v. GC Services Limited Partnership*, Case No. 15-11446. This duplicate action, therefore, is DISMISSED. All future papers shall be filed in Case No. 15-11446.

IT IS SO ORDERED.

Dated: April 29, 2015

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 29, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk